**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CARL WALLACE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00284 KGB**

**NEW YORK LIFE INSURANCE COMPANY, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the stipulation of dismissal of New York Life Insurance Company and Nucor Corporation (Dkt. No. 3). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the stipulation of dismissal of New York Life Insurance Company and Nucor Corporation (*Id.*). Life Insurance Company of North America remains a defendant in the case.

It is so ordered this 9th day of November, 2026.

Kristine G. Baker
Chief United States District Judge