**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CARL WALLACE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00284 KGB**

**NEW YORK LIFE INSURANCE COMPANY, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are the motions for admission *pro hac vice* of James C. Sanders and James M. Brodzik of the law firm of Hinshaw & Culbertson LLP, to appear as counsel of record for defendant Life Insurance Company of North America (hereinafter "LICNA") (Dkt. Nos. 7;8). The Court grants the motion to admit Sanders and Brodzik *pro hac vice* pursuant to Local Rule 83.5(d). They shall appear as counsel of record for LICNA.

It is so ordered this 23rd day of November, 2026.

Kristine G. Baker
Chief United States District Judge