**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CARL WALLACE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00284 KGB**

**NEW YORK LIFE INSURANCE COMPANY, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the consent motion for extension of time filed by defendant Life Insurance Company of North America (hereinafter "LICNA") (Dkt. No. 6). LICNA states that its response to plaintiff Carl Wallace's complaint is currently due on November 9, 2026 (*Id.*, ¶ 1). LICNA requests an extension of time up to and including November 30, 2026, to respond to Wallace's complaint (*Id.*, 2). According to LICNA, additional time is needed to analyze further particular allegations, receive appropriate documentation, discuss the matter with opposing counsel, and prepare a response (*Id.*). LICNA states that counsel for Wallace consents to the motion (*Id.*, ¶ 3). For good cause shown, the Court grants LICNA's motion for extension of time to respond to Wallace's complaint. The time for LICNA to file its response is extended to, and including, November 30, 2026.

It is so ordered this 23rd day of November, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge